# AGENDA FOR CHAPTER 13 CREDITORS MEETING

*No SScard*

CASE NO. 18-30395 G  
DEBTOR: SHARON P. RODRIGUEZ  
ATTORNEY FOR DEBTOR(S): WILLIAM C. BEHRENS / *w/Kastner* *Kastner*

DATE: May 3, 2018  
Judge John P. Gustafson  
TRUSTEE: Elizabeth A. Vaughan

**Trustee/Staff Attorney:**
What is your name?_____ Is your residence and/or mailing address correct? _____

Is this your primary residence?  ☐ Yes  ☐ No _____

Verifications: SSN:_____ Signature(s):_____

Have you had any previous bankruptcy fillings? Yes___ / No___

Did you review and sign your Ch 13 Bankruptcy Petition prior to it being filed?_____

Is the information contained therein true to the best of your knowledge?_____

Does any information contained in the Petition need to be changed/corrected/added/deleted?_____

Do you understand that all the testimony you give here today is under penalty of perjury?_____

1. Do you understand you have filed a Ch. 13 Re-payment Plan and not a Ch. 7 liquidation?  **Yes / No**

2. Should anything change about your mailing address, please let us know.

3. Marital Status at time of filing: Single_____ Married_____ Divorced_____ Widowed_____
   Do you have any minors or dependents in your household? ☐ Yes  ☐ No
   How many?_____ What are their ages?_____
   How many people are in your household:_____

   Are you paying/receiving any spousal or child support? How much? _____
   Is the DSO information listed in the petition  ☐ Yes  ☐ No

4. Are you in good health? **(H)** ☐ Yes/☐ No   **(W)** ☐ Yes/☐ No

5. **EMPLOYMENT:**
   (1) Are you presently employed? **Yes / No**  By: _____
   How long?_____
   Payroll Deductions: 401(K):_____ 403(B):_____ Deferred Comp:_____ Stock Purchase:_____

   Paying: Retirement Loans? Monthly payment(s)_____ /Time remaining_____

   Net pay?_____ wkly / bi-wkly / s/m / monthly.   **Do not notify employer_____**

   **Monthly Supplemental or Retirement Income:**
   Social Security_____ /Pension_____ /Disability_____ /Other_____

   Contribution from family members:_____ others_____
   Rental Income:_____

   (2) Are you presently employed? **Yes / No**  By:_____
   How long?_____
   Payroll Deductions: 401(K):_____ 403(B):_____ Deferred Comp:_____ Stock Purchase:_____

   Paying: Retirement Loans? Monthly payment(s)_____ /Time remaining_____

   Net pay? _____ wkly / bi-wkly / s/m / monthly   **Do not notify employer_____**

**Monthly Supplemental or Retirement Income**:
Social Security_____/Pension_____/Disability_____/Other_____

Contribution(s) from family members:_____ others_____
Rental Income:_____

**6. Payroll Deduction / Pay Direct:** Husband/Wife/Both: Payroll address:_____
_____

**7. Payments** to date: (Yes)/ No ___$1625.00_____

**8.** Have you filed all required tax returns with the appropriate taxing authorities for the last four years? **Yes / No**

   **Have you received tax refunds for the last 2 years? Yes / No**
2016 – IRS _$1613.00_____/State_____ 2017 - IRS_____/State_____

**9.** Have you provided us with a copy of your federal tax return for the most recent tax year? **Yes / No**
_____

**CONFIRMATION HEARING:**

CASE CONTINUED TO: __6-14-18 @ 9:30 / 7-24-18 @ 9:30_____

**TRUSTEE WILL FILE/HAS FILED A MOTION TO DISMISS._____**

   **ATTORNEY FOR DEBTOR(S) WILL FILE:** ☐ Motion to Voluntarily Dismiss ☐ Motion to convert


**CREDITORS IN ATTENDANCE:**_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# Rodriguez - 18-30395 G

| | |
|---|---|
| 1st Prime Lending - arrgs | $ 21,643.54 |
| Conduit?: $1449.27 x 2 = | 2898.54 |

*If conduit required, need $1595.27
to bring conduit current
Ally - 14 Ford Taurus - daughter's car?

Priority - n/a

Unsecured - 10%                                         807.96

Atty fees

|  | $ | 25,350.04 |
|---|---|---|
| Trustee fees: | | 2813.85 |
| TOTAL | $ | 28,163.89 |
| Less payments: | | 1625.00 |
| | $ | |

PROPOSED:    $1625.00 per mon x 59(60) = $95,875.00
Need:         $502.00 per mon x 59 = $29,618.00
Conduit: Prime Lending - $1449.27 + fees = $1610.37
Total Payment Needed:      $2113.00 plus refunds?

Priority – $ n/a
Secured - $168,401.39
Unsecured - $ 8079.63
Tax refunds:
16 – $1613.00/
17 - $
Bar dates: 5/1/18 and 8/20/18          Entitled to discharge: Y / N